**JS-6** (Admin)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GALLION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PERSONAL TRAINER FOOD, LLC,<br><br>Defendant. | Case No. 5:16-CV-00036-JGB<br><br>ORDER GRANTING STIPULATION TO STAY CASE<br><br>Hon. Jesus G. Bernal |

**IT IS HEREBY ORDERED,** good cause appearing, that this matter is stayed pending the earlier of 1) the parties' notifying the court, in writing, that they have settled this matter or 2) the U.S. Court of Appeals for the District of Columbia Circuit's ruling in *ACA International v. Federal Communications Commission*, No. 15-1211 (D.C. Cir.).

Dated: January 17, 2017

Hon. Jesus G. Bernal
United States District Judge

- 1 -
ORDER GRANTING STIPULATION STAYING CASE