# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GALLION, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PERSONAL TRAINER FOOD, LLC, AND CHEAPEST TEXTING, <br><br> Defendants. | Case No. 5:16-cv-00036-JGB-DTB <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this 25th day of May, 2017.

The Honorable Jesus G. Bernal

Order to Dismiss - 1